IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § | EP-12-CA-351-FM |
| KOLON GLOTECH U.S.A., CORP. | § § § | |
| Defendant. | § § | |

## ORDER TO SHOW CAUSE

On this day, the court considered the above-captioned cause. Upon review of this matter, the court notes that the above-captioned cause was filed on August 31, 2012 as a garnishment action, and a writ of garnishment was issued as to Kolon Glotech U.S.A., Corp. on September 21, 2012.

On October 24, 2012, Kolon Glotech U.S.A., Corp. filed its original answer certifying that it did not owe any debt to Kolon Industries, Inc. a/k/a Kolon Corporation. There has been no activity in this case since the filing of that document [ECF No. 6].

Accordingly, it is **ORDERED** that Plaintiff/Garnishor E. I. Du Pont de Nemours and Company **SHOW CAUSE** by **March 15, 2013** why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41.

**SIGNED** this **6th** day of **March**, **2013**.

_____
FRANK MONTALVO
**UNITED STATES DISTRICT JUDGE**